606PROB 12C(7/93)

# United States District Court
for the
## WESTERN DISTRICT OF TEXAS

**FILED**
APR 28 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Diego Armando Olivas-Carreon  Case Number: DR-19-CR-01626 (01)-ILL

Name of Sentencing Judicial Officer: Honorable Ivan L.R. Lemelle, Senior U.S. District Judge

Date of Original Sentence: September 22, 2020

Original Offense: Conspiracy to Transport Illegal Aliens, in violation of 8 U.S.C. § 1324

Original Sentence: Time served, followed by a 3 year term of supervised release.

Type of Supervision: Supervised Release      Date Supervision Commenced: September 22, 2020

Assistant U.S. Attorney: James T. Ward      Defense Attorney: Sostenes Mireles, II

---

**PREVIOUS COURT ACTION**      Western District of Oklahoma
N/A                                           Case No. M-21-321-SM

**PETITIONING THE COURT**

X  To issue a WARRANT.

__ To Issue a WARRANT and TRANSFER JURISDICTION

__ To issue a SUMMONS

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Mandatory Condition No. 1:** "The defendant shall not commit another federal, state, or local crime during the term of supervision." |
|    | **Mandatory Condition No. 2:** "The defendant shall not unlawfully possess a controlled substance." |

On March 27, 2021, the offender was arrested by the Bethany Police Department for the offense of Driving Under the Influence. According to the offense report, at approximately 0314 hours, a police officer was dispatched to reports of vehicle parked in the front yard of a house. Upon arrival to the location, the officer observed a white Ford Focus with the hazard lights flashing, and the engine was not running. The offender was identified as the driver and sole occupant of the vehicle. During questioning by the officer, the offender admitted to having consumed alcoholic beverages. The offender further admitted to being intoxicated. At the officer's request, the offender exited the vehicle. The officer observed the offender had slurred speech, red watery eyes, was unsteady on his feet, he had slow and lethargic movements, and the odor of alcoholic beverages on his breath. The offender admitted to drinking six beers at a bar prior to driving the vehicle. The offender was arrested and transported to the Bethany Police Department, where he was administered a breathalyzer examination which revealed his B.A.C. was 0.16. He was subsequently transported to the Oklahoma County Jail and charged with Driving Under the Influence-APC(aggravated).

U.S. Probation Officer Recommendation:

The offender commenced his term of supervised release on September 22, 2020. The probation officer reviewed and explained his conditions of supervised release, as well as the intake packet. Since starting supervision, he has been supervised in the Western District of Oklahoma, where he had stable residency and employment. He has paid off his court ordered fees; however, he continued to make bad choices as demonstrated by his new criminal conduct. Due to his disregard of the Court's orders and continued criminal activity, it is respectfully recommended a warrant be issued for the offender and his term of supervised release be revoked.

The term of supervision should be

    __X__ revoked.    (Maximum penalty: 2 years imprisonment; 3 years supervised release; and payment of any unsatisfied monetary sanction previously imposed).

    ____ Extended for _____ years, for a total term of _____ years.

    ____ The conditions of supervision should be modified as follows:

Approved:

_____
Darren P. Kohut
Supervising U.S. Probation Officer

Respectfully Submitted,

_____
Sophia V. Ramirez
U.S. Probation Officer,
Date: April 15, 2021
Telephone #: 830-734-9175

_____
James T. Ward
Supervisory Assistant U.S. Attorney

cc:    Francisco Javier Ceniceros
        ADCUSPO, Del Rio

## THE COURT ORDERS

__ No Action

**X** The issuance of a WARRANT. Bond is set in the amount of $ <u>DETAIN</u> cash /surety with supervision by the United States Probation Office to continue as a condition of release.

__ The issuance of a SUMMONS.

__ Other

_____
Honorable Ivan L.R. Lemelle
Senior United States District Judge

4/28/21
_____
Date

AO 442   (Rev. 10/03) Warrant for Arrest   (Rev. 9/05 WDTX)

# UNITED STATES DISTRICT COURT

**Western** District of **Texas**

UNITED STATES OF AMERICA

V.

DIEGO ARMANDO OLIVAS-CARREON

## WARRANT FOR ARREST

Case Number: DR-19-CR-01626 (01)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **DIEGO ARMANDO OLIVAS-CARREON**
                                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)
VIOLATION OF CONDITIONS OF SUPERVISED RELEASE
(SEE ATTACHED COPY OF PETITION)

in violation of Title(s) _____   United States Code, Section(s) _____

| A. Hernandez | Signature of Issuing Officer |
|---|---|
| Name of Issuing Officer | |
| U.S. DEPUTY CLERK | 4/28/2021          Del Rio, TX |
| Title of Issuing Officer | Date and Location |

DATE ISSUED:   4/28/2021

Bail fixed at $ **DETAIN**   by   **U.S. DISTRICT JUDGE Ivan L.R. Lemelle**
                                                          Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |